

**Steven Cooper**
Direct Phone: +1 212 205 6027
Email: scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 30, 2026

**VIA ECF**

Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re:   *Gyamfi, et al. v. Brown, et al.*, **Case No. 26-cv-265**
      **Letter of Intent to File an Amended Pleading**

Dear Judge Vargas:

We represent Plaintiffs Insignia Holding Company, Inc., Insignia Assets, LLC, and Norman Kofi Gyamfi (collectively, "Plaintiffs") in the above-captioned action. On January 20, 2026, Plaintiffs filed a Motion By Order to Show Cause to Remand to State Court (ECF Nos. 11-15). Today the Court ordered Defendants to show cause, on or before February 6, 2026, why this matter should not be remanded to state court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction (ECF No. 24).

On January 28, 2026, Plaintiffs filed a Letter Motion to Hold Deadlines in Abeyance Pending Resolution of Motion to Remand (ECF No. 23) which is still pending before this Court. Pursuant to Section 5(I) of Your Honor's Individual Rules and Practices, Plaintiffs write to notify the Court of their intent to file an amended pleading, upon resolution of the Motion to Remand. Plaintiffs further renew their request that the deadlines should be suspended pending the resolution of the Motion to Remand, particularly in light of Plaintiffs' upcoming deadline of February 3, 2025 to respond to Defendants' Motions to Dismiss.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Steven Cooper*
Steven Cooper
Reed Smith LLP

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON